IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDRA COVINGTON,

    Plaintiff,

v.

DEPARTMENT OF SOCIAL SERVICES, a public entity, and DOES 1–10, inclusive,

    Defendants.

No. C 12-04688 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    Plaintiff has requested a three-month continuance of the case management conference due to her aunt having recently passed away and she has "been providing significant emotion support for [her] mother," and has thus been unable to prepare for the conference. Defendant California Department of Social Services has filed a statement of non-opposition. For these reasons, the Court **CONTINUES** the case management conference to **JANUARY 24, 2012, AT 11:00 A.M.** A joint case management statement is due at least seven days prior.

    **IT IS SO ORDERED.**

Dated: December 4, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE