IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDRA COVINGTON,

    Plaintiff,

v.

DEPARTMENT OF SOCIAL SERVICES,
a public entity, and DOES 1–10, inclusive,

    Defendants.

No. C 12-04688 WHA

**ORDER SETTING HEARING
ON DISCOVERY DISPUTE**

Per plaintiff's undated letter filed on December 3, 2013, the Court **SETS** a **THREE-AND-ONE-HALF HOUR MEET-AND-CONFER STARTING AT 10:00 A.M AND CONTINUING TO 2:00 P.M.** (with thirty minutes at noon for lunch) on **FRIDAY, DECEMBER 6** in the Court's jury room in the San Francisco courthouse. At **2:00 P.M.**, the Court shall hear any remaining unresolved dispute(s) in Courtroom 8. Defendant's response is due by noon on December 5. Please buzz chambers at 10:00 on December 6 to be let into the jury room.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

Plaintiff's request to extend discovery by thirty days is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: December 4, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE