**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDRA COVINGTON,

    Plaintiff,

v.

DEPARTMENT OF SOCIAL SERVICES,
a public entity, and DOES 1–10, inclusive,

    Defendants.
    /

No. C 12-04688 WHA

**ORDER MOVING HEARING ON DISCOVERY DISPUTE**

    The Court **MOVES** the **THREE-HOUR MEET-AND-CONFER TO 8:30 A.M.--11:30 A.M.** on **FRIDAY, DECEMBER 6** in the Court's jury room in the San Francisco courthouse. At **11:30 A.M.**, the Court shall hear any remaining unresolved dispute(s) in Courtroom 8. Please buzz chambers at 8:30 a.m. on December 6 to be let into the jury room.

    Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: December 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE