<div style="writing-mode: vertical-rl">**United States District Court**
For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDRA COVINGTON,

    Plaintiff,

v.

DEPARTMENT OF SOCIAL SERVICES,
a public entity, and DOES 1–10, inclusive,

    Defendants.
_____/

No. C 12-04688 WHA

**ORDER SETTING HEARING REGARDING PLAINTIFF'S DISCOVERY DISPUTE**

    The Court **SETS** a one-and-a-half-hour meet and confer starting from **2:00 P.M. AND CONTINUING TO 3:30 P.M. ON WEDNESDAY, DECEMBER 18, 2013**, in the Court's jury room in the San Francisco courthouse. At **3:30 P.M.**, the Court shall hear any remaining unresolved issue(s) in Courtroom 8. Please buzz chambers at 2:00 p.m. on December 18 to be let into the jury room.

    Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may argue at the hearing.

    **IT IS SO ORDERED.**

Dated: December 12, 2013.

                                                    WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE