**United States District Court**
For the Northern District of California

1

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   SANDRA COVINGTON,

11          Plaintiff,                              No. C 12-04688 WHA

12     v.

13   DEPARTMENT OF SOCIAL SERVICES,                 **AMENDED ORDER SETTING**
     a public entity, and DOES 1–10, inclusive,    **HEARING REGARDING**
14                                                  **PLAINTIFF'S**
            Defendants.                             **DISCOVERY DISPUTE**
15                                        /
     _____

16

17          Due to counsel's unavailability, the Court **MOVES** the one-and-a-half-hour meet and

18   confer to **9:30 A.M. –11:00 A.M. ON THURSDAY, DECEMBER 26, 2013**, in the Court's jury room.

19   At **11:00 A.M.**, the Court shall hear any remaining unresolved issue(s) in Courtroom 8.   Please

20   buzz chambers at 9:30 a.m. on December 26 to be let into the jury room.

21          Please note that only those lawyers who personally participate in the meet-and-confer in

22   the Court's jury room may argue at the hearing.

23          **IT IS SO ORDERED.**

24

25   Dated:  December 16, 2013.                    _____
                                                   WILLIAM ALSUP
26                                                 UNITED STATES DISTRICT JUDGE

27

28