IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDRA COVINGTON,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF SOCIAL SERVICES,

    Defendant.

No. C 12-04688 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order granting summary judgment (Dkt. No. 61), **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: May 12, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE