AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| SANDRA COVINGTON<br>Plaintiff<br>v.<br>DEPARTMENT OF SOCIAL SERVICES<br>Defendant | )<br>)<br>)  Case No.: C 12-04688 WHA<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on     05/12/2014     against     Plaintiff, Sandra Covington     ,
<br>                                                                                                                                  *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 553.31 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 412.32 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 99.50 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,077.20 |
| TOTAL   $ | 4,142.33 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

    ✓    Electronic service         ☐    First class mail, postage prepaid

    ☐    Other:

    s/ Attorney:      /S/ William McMahon

        Name of Attorney: William McMahon

For:     Defendant Dept. of Social Services              Date:     05/23/2014
<br>                           *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of                                                    and included in the judgment.

                                                By:

       *Clerk of Court*                                                 *Deputy Clerk*                           *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | ~~SUBSISTENCE~~ Bridge Toll | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Ellen Martin, Berkeley, CA<br>Deposition Subpoena | 1 | 40.00 | | | 47 | 26.32 | $66.32 |
| Mary Segura, Hayward, CA<br>Deposition Subpoena | 1 | 40.00 | | | 8 | 4.48 | $44.48 |
| Maria Christie, Antioch, CA<br>Trial Subpoena | 1 | 40.00 | | 6.00 | 90 | 50.40 | $96.40 |
| Mary Jolls, Sacramento, CA<br>Trial Subpoena | 1 | 40.00 | | 6.00 | 172 | 96.32 | $142.32 |
| Ellen Martin, Berkeley, CA<br>Trial Subpoena | 1 | 40.00 | | 6.00 | 30 | 16.80 | $62.80 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $412.32 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

COVINGTON v. DSS

| Description | Amount |
|---|---|
| Fees of the Clerk | $0.00 |
| Fees for service of summons and subpoena | $553.31 |
| Fees for reporters' transcripts | $0.00 |
| Depositions | $3,077.20 |
| Reproduction of Exhibits | $99.50 |
| Witness Fees | $412.32 |
| **TOTAL** | **$4,142.33** |

**Bill of Costs**

**Fees for Service**

| Date | Recipient | Service Vendor | Costs |
|---|---|---|---|
| 12/14/2012 | Requested Invoice from ACE | ACE | $121.50 |
| 2/8/2013 | Requested Invoice from ACE | ACE | $431.81 |
| | | **TOTAL** | **$553.31** |



# Invoice

**ACE ATTORNEY SERVICE, Inc.**
*"Delivering Peace of Mind"*

P.O. BOX 71036
LOS ANGELES, CA 90071

| Bill To |
|---|
| DOJ OAKLAND |
| 1515 Clay Street, Suite #2000 |
| Oakland, CA 94612 |

| Date | Invoice # |
|---|---|
| 12/3/2012 | 108518 |
| Contact Name | TAL GREENBERG |
| Ref. No. | WCB |
| Order Date | 11/9/2012 |
| Control No. | 946546 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | 11/9/12 - ORDER 946546 - ROUTINE SERVICE OF PROCESS | 121.50 | 121.50 |
| | SERVICE UPON: | | |
| | STATE COMPENSATION INSURANCE FUND | | |
| | 5880 OWENS DRIVE, BUILDING B | | |
| | PLEASANTON, CA | | |
| | SUBPOENA NOT SERVED | | |
| | | | |
| | C12-4688 | | |
| | COVINGTON V DEPARTMENT SS | | |
| | SUBPOENA TO PRODUCE RECORDS | | |
| | 12/10/12 10:00AM | | |
| | Sales Tax | 9.00% | 0.00 |

**Total** $121.50



# Invoice

**ACE ATTORNEY SERVICE, Inc.**
*"Delivering Peace of Mind"*

P.O. BOX 71036
LOS ANGELES, CA 90071

| Bill To |
|---|
| DOJ OAKLAND |
| 1515 Clay Street, Suite #2000 |
| Oakland, CA 94612 |

| Date | Invoice # |
|---|---|
| 5/20/2014 | 20575 |
| Contact Name | TAL GREENBERG |
| Ref. No. | WCB |
| Order Date | 12/12/2012 |
| Control No. | 954822 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1,030 | COPIES | 0.19 | 195.70T |
| | FOLLOW-UP POS | 10.00 | 10.00 |
| | SERVICE OF PROCESS | 65.00 | 65.00 |
| | SUBPOENA PREP CHARGE | 30.00 | 30.00 |
| | COPY TRIP CHARGE | 75.00 | 75.00 |
| | ADVANCE FEE - $15.00 WITNESS FEE / $20.00 LOC. PROCESSING FEE | 35.00 | 35.00 |
| | CHECK CHARGE | 10.00% | 3.50 |
| | | | |
| | CASE NO. C12-4688 WHA | | |
| | CASE NAME: SANDRA COVINGTON vs. DEPARTMENT OF SOCIAL SERVICES | | |
| | | | |
| | RECORDS OF SANDRA COVINGTON | | |
| | | | |
| | LOC. | | |
| | STATE COMPENSATION INSURANCE FUND (ATTN: LEGAL) | | |
| | 5880 OWENS DRIVE, BLDG B, 3RD FLOOR | | |
| | PLEASANTON, CA 94588 | | |
| | | | |
| | Sales Tax | 9.00% | 17.61 |

Thank you for Using Ace Attorney Services...Federal Tax Identification Number:95-455-7668

**Total** $431.81

## Bill of Costs
### Reproduction of Exhibits

| Description | Number of Pages | Cost @ $.10/Page DOJ Admin Bulletin No. 13-13 |
|---|---|---|
| Plaintiff's Deposition Exhibits | 8 | 0.8 |
| Plaintiff's Trial Exhibits | 766 | $76.60 |
| Defendant's Trial exhibits | 229 (not incl exhs. 313-319) | $22.90 |
| TOTAL | | $99.50 |

## Bill of Costs
### Deposition Fees

| Date | Deponent | Fee |
|---|---|---|
| 12/20/2013 | Ellen Martin | $506.25 |
| 1/6/2014 | Mary Segura | $558.50 |
| 02/18/14 | Sandra Covington | $2,012.45 |
| **TOTAL** | | **$3,077.20** |

# ELISABETH BALL & ASSOCIATES, INC.

CERTIFIED SHORTHAND REPORTERS
20999 REDWOOD ROAD
CASTRO VALLEY, CA 94546
(510) 886-8443   *   TAX ID #26-1558699

2014 JAN 31 AM 11:58 DOJ

**INVOICE**

**BILL TO**
WILLIAM McMAHON, ESQ.
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
1515 CLAY STREET
OAKLAND, CA 94612

| DATE | INVOICE # |
|---|---|
| 1/25/2014 | 68113B |

| JOB NO. | TERMS | DUE DATE | REPORTER | JOB DATE | CASE |
|---|---|---|---|---|---|
| 68113 | Net 15 | 2/9/2014 | BAL | 12/20/2013 | |

| DESCRIPTION | AMOUNT |
|---|---|
| SANDRA COVINGTON vs. DEPARTMENT OF SOCIAL SERVICES | |
| 1 COPY OF THE TRANSCRIPT OF THE DEPOSITION OF: ELLEN MARTIN | 371.25 |
| CERT FEE | 14.00 |
| CONDENSED / WORD INDEX | 35.00 |
| EXHIBITS | 1.00 |
| ASCII FILE / DISK | 35.00 |
| HANDLING | 50.00 |

*[handwritten: Bill McMahon 2/10/14 2/19/14 COVINGTON v. DSS]*

Subject to applicable law, all past due accounts will be subject to monthly service charges of 1-1/2% on the unpaid balance afte 30 days. The monthly service charge of 1-1/2% on unpaid balances amounts to 18% per year.

**TOTAL DUE:** **$506.25**

2014 JAN 31 AM 11:58 DOJ

# ELISABETH BALL & ASSOCIATES, INC.

CERTIFIED SHORTHAND REPORTERS
20999 REDWOOD ROAD
CASTRO VALLEY, CA 94546
(510) 886-8443   * TAX ID #26-1558699

**BILL TO**

WILLIAM McMAHON, ESQ.
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
1515 CLAY STREET
OAKLAND, CA 94612

# INVOICE

| DATE | INVOICE # |
|---|---|
| 1/25/2014 | 00314B |

| JOB NO. | TERMS | DUE DATE | REPORTER | JOB DATE | CASE |
|---|---|---|---|---|---|
| 00314 | Net 15 | 2/9/2014 | BAL | 1/6/2014 | |

| DESCRIPTION | AMOUNT |
|---|---|
| SANDRA COVINGTON vs. DEPARTMENT OF SOCIAL SERVICES | |
| THE ORIGINAL AND 2 COPIES OF THE TRANSCRIPT OF THE DEPOSITION OF: MARY SEGURA | 401.50 |
| CERT FEE | 14.00 |
| CONDENSED / WORD INDEX | 35.00 |
| EXHIBITS | 23.00 |
| ASCII FILE / DISK | 35.00 |
| HANDLING | 50.00 |

OK TO PAY
Bill received 2/10/14 / 2/19/14
COVINGTON v DSS

Subject to applicable law, all past due accounts will be subject to monthly service charges of 1-1/2% on the unpaid balance afte 30 days. The monthly service charge of 1-1/2% on unpaid balances amounts to 18% per year.

**TOTAL DUE: $558.50**

# INVOICE

U.S. Legal Support - SF
44 Montgomery Street
Suite 550
San Francisco, CA 94104
Phone: 415-362-4346   Fax: 415-362-4495

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 414550 | 2/21/2014 | 349210 |
| **Job Date** | **Case No.** | |
| 2/18/2014 | | |

**Case Name**

Covington v. Department of Social Services, USDC-NDCal

**Payment Terms**

Due upon receipt

William McMahon
State of California - Department of Justice
1515 Clay Street
20th Floor
Oakland, CA 94612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Sandra Covington | 174.00 Pages | @ | 5.25 | 913.50 |
| 3-Day Expedite | | | | 730.80 |
| Exhibit | 10.00 Pages | @ | 0.60 | 6.00 |
| Full Day Per Diem | | | 150.00 | 150.00 |
| Parking | | | 14.00 | 14.00 |
| Handle/Process | | | 45.00 | 45.00 |
| Litigation Support CD | | | 39.00 | 39.00 |
| Condensed Transcript | | | 29.50 | 29.50 |
| Video Charge | 154.00 Pages | @ | 0.35 | 53.90 |
| Shipping | | | 30.75 | 30.75 |

APPROVED FOR PAYMENT:
Case: Covington v. DSS
Docket: 13633196K 2012-90108
By: WM·MM
Date: 2/26/14

TOTAL DUE >>>  $2,012.45
AFTER 4/7/2014 PAY  $2,213.70

Expedite

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                                                 Phone: 510-622-2146   Fax:

*Please detach bottom portion and return with payment.*

William McMahon
State of California - Department of Justice
1515 Clay Street
20th Floor
Oakland, CA 94612

| | | | | |
|---|---|---|---|---|
| Job No. | : 349210 | BU ID | : 45-SF |
| Case No. | : | | |
| Case Name | : Covington v. Department of Social Services, USDC-NDCal | | |
| Invoice No. | : 414550 | Invoice Date | : 2/21/2014 |
| Total Due | : $2,012.45 | | |

AFTER 4/7/2014 PAY  $2,213.70

**PAYMENT WITH CREDIT CARD**       AMEX  [  ]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                              Phone#:
Billing Address:
Zip:                         Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   U.S. Legal Support (CA Reporting)
            P O Box 79637
            City of Industry, CA 91716-9637